UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AULTON DANIEL GOBEN, III,

    Plaintiff,

                                                CASE No. 1:25-CV-17

v.

                                                HON. ROBERT J. JONKER

KENT COUNTY, et al.,

    Defendants.

_____/

## ORDER APPROVING AND ADOPTING
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on December 8, 2025. (ECF No. 83). The Magistrate Judge recommends the Court grant Defendants Dominguez and Shaverlier's Motion for Summary Judgment (ECF No. 61). Among other things, the Magistrate Judge concludes that video evidence conclusively undercuts Plaintiff's Eighth Amendment claims against the two defendants; that the defendants are entitled to qualified immunity in any event; and that the Court ought to decline the exercise of supplemental jurisdiction over the state law claims, to the extent any such claims are pleaded.

The Report and Recommendation was duly served on the parties. No objections have been filed under 28 U.S.C. § 636(b)(1)(C). Instead, in a series of filings docketed as "Declarations" Plaintiff contends he was presented with a copy of the underlying motion for summary judgment, but that it was immediately seized by prison officials. (ECF No. 73, 84, 85). On the face of these materials, Plaintiff has been aware of the defense motion since early September, but he has never formally sought any relief

here.[1]  Nor has he timely filed objections to the Report and Recommendation.    Moreover, nothing within the contents of these materials warrants de novo review of the Magistrate Judge's Report and Recommendation.   See FED R. CIV. P. 72(b)(3) (noting the district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to).   Nevertheless, the Court has reviewed the Report and Recommendation and determines that it is factually sound and legally correct.

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 83) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Clerk of Court shall correct the docket text of ECF No. 85 to reflect the filing as a Declaration submitted by Plaintiff.

**IT IS FURTHER ORDERED** that the defense motion for summary judgment (ECF No. 61) is **GRANTED.**

**IT IS FURTHER ORDERED** that the Court declines the exercise of supplemental jurisdiction over the state law claims in this action.    Those claims are **DISMISSED WITHOUT PREJUDICE** to refiling in State Court.

Dated:   January 02, 2026          /s/ Robert J. Jonker
                                    ROBERT J. JONKER
                                    UNITED STATES DISTRICT JUDGE

---

[1] The filing at ECF No. 85 was docketed by the Clerk of Court as a Motion for Extension of Time to Respond to Defendants' Motion for Summary Judgment.  A review of that filing reflects that--like the other submissions--it contains the heading of "Declaration" and the contents are related to a provision of the Federal Rules of Civil Procedure that is entirely unconnected to the instant proceedings.  The Clerk of Court is directed to amend the docket text of ECF No. 85 to reflect the filing as a Declaration submitted by Plaintiff.   The Court observes, furthermore, that the manner of the declarations submitted by Plaintiff are not filings that are contemplated by the Federal Rules of Civil Procedure, and are not an effective way of litigating a case.   Plaintiff, if he wishes to pursue some type of relief, must do so by way of motion consistent with the Federal Rules, this Court's local rules, and the Case Management Order entered in this Case.